UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            v.<br><br>TYWON MCKELVY,<br><br>                         Defendant. | 21 Cr. 216 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 5, 2018, Defendant Tywon McKelvy was sentenced to two hundred thirty-five months' incarceration followed by five years of supervised release in the Eastern District of Virginia. *See United States* v. *McKelvy*, No. 2:17 Cr. 116 (RAJ) (RJK) (E.D. Va. filed Aug. 9, 2017), ECF No. 606 (order granting motion for compassionate release). On October 21, 2020, Judge Raymond A. Jackson granted Mr. McKelvy's motion for compassionate release, reducing Mr. McKelvy's sentence to time served and ordering a five-year term of supervised release with a special condition of sixty months' home confinement, including electronic monitoring. *Id.* at 8. On March 31, 2021, this case was transferred from the Eastern District of Virginia and assigned to this Court. (*See* Dkt. #1).

On November 29, 2021, SDNY Probation Officer Larren Riley notified the Court that Mr. McKelvy has inquired about the possibility of early termination of his term of electronic monitoring. The Court directs the CJA Clerk to identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Defendant. That attorney shall be appointed to represent Defendant in this matter. Appointed counsel is directed to confer

with the Defendant regarding Defendant's interest in early termination of his term of electronic monitoring.

SO ORDERED.

Dated:  December 15, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge